IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA,

VS.

**JAMIE D. RICE**,

Defendant

NO. 5: 06-MJ-10-02 (CWH)

**VIOLATION: SUSPENDED LICENSE**

## ORDER OF DISMISSAL

Upon consideration of the **MOTION FOR DISMISSAL** filed herein by counsel for the United States (Tab #7) and for cause shown, said motion is GRANTED. This proceeding against defendant JAMES D. RICE is DISMISSED *without prejudice*.

SO ORDERED AND DIRECTED, this 4th day of DECEMBER, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE